U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUL 17 2015
CLERK, U.S. DISTRICT COURT
By_____

4-15CV-523-O

To Whom it my concern. With all the improper mistice of the law, From the courthouse of Cooke County to Sheriff office to County Jail in Gainesville TX. I'm asking for a full scale investigation from a non-partial committe of cooke county. The cook county Sheriff Drug task force Shane Rosrie and County Jail officers Baker Sgt Booe and C. Keeland and others. I was informed by lady Judge that she personally issued my arrest warrent for me and my live in girlfriend Phylli Elsbell of 2 years. Which was hours after shane Rosrie and task force was already at my house. I never seen any arrest warrent for me or Phyllis Elsbell arrest yet til this day still. They have my DVR for sericurity system in evidence shows them at my residence with guns out hours before any arrest warrent was issued or search warrent. Cause for arrest was falsified. There was no marked money found on Me or phyllis Elsbell. So case of missing $100.00. Plus no drugs was turner over by any informent or found on me or Phyllis Elsbell Just found on Camper floor Which makes arrest warrent inaccurate Therefore illegal and makes search warrent illegal and illegal search and siguri and improperly done and therefore hold no merit to legally hold Me or Phyllis Elsbell in Confinement And without proper cause to wit; To use James Elsbell an informent and paid informent of cooke County sheriff office and soon be X

husband of My Girlfriend of 2 years Phyllis Isbell. The "illegal" use and abuse of the law to separate Me and Phyllis Isbell by arrest and confinement first. Second by US mail we was approved to write each other by Sgt Booe then after 3 months of corresponding was told by Sgt Booe we could no longer write each other. James Isbell also had knowledge of what Me and Phyllis Isbell was writing and talking about James Isbell is not law inforcement and to be favoritism by officer Shane Norris and County Jail officer and close friend C. Keelane, Makes it inappropriate and not binded by stature of law to be giving special treatment to James Isbell by local law inforcement and County Jail officers thank you

Sincerely, Jeffrey Parks

Jeffrey Park 4802
300 CR 451
Gainesville TX
76240

US District Court
501 W 10th St Room 310
Ft Worth, TX 76102-3673

RECEIVED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FT WORTH DIVISION

2015 JUL 17 AM 11:33

CLERK OF COURT

